UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | VIOLATION: §18 U.S.C. 513(a) |
| | : | (Securities of The States and Private Entities) |
| **ANGELICA I. GUIZADO,** | : | |
| **Defendant.** | : | |

# I N F O R M A T I ON

The United States Attorney charges:

## COUNT ONE

On or about July 20, 2006 up to and including March 28, 2007, within the District of Columbia, **ANGELICA I. GUIZADO**, knowingly made, uttered or possessed a counterfeited security of Universal Settlements, LLC. with the intent to deceive Provident Bank of Maryland.

(**Securities of The States and Private Entities**, in violation of Title 18, United States Code, Section 513(a))

                JEFFREY A. TAYLOR
                Attorney of the United States in
                and for the District of Columbia
                Bar No. 498610

BY:   _____
        LOUIS RAMOS
        Assistant United States Attorney
        Bar No.  472-176
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4243
        Washington, D.C. 20503
        (202) 305-2195
        Louis.Ramos@usdoj.gov