```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES
    Plaintiff,

   vs.                             Criminal No. 07-341(EGS)

ANGELICA GUIZADO
    Defendant.

**<u>ORDER</u>**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **APRIL 16, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **APRIL 23, 2008**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 30, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **MAY 7, 2008 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: January 17, 2008    EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE