UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
       Plaintiff,

                      VS.       CR. NO. 07-341

ANGELICA I. GUIZADO
       Defendant

FILED

JAN

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, ANGELICA I. GUIZADO, the above named defendant, who is accused of **SECURITIES OF THE STATES AND PRIVATE ENTITIES** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment