UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-341 (EGS) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 513(a) |
| | : | (Securities of the States and Private |
| | : | Entities) |
| ANGELICA GUIZADO | : | |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION TO
ALLOW THE ROUTINE PROCESSING OF THE DEFENDANT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests an order to permit the routine administrative processing of the defendant in this case on May 7, 2008 at 8:00 a.m. In support of this motion, the United States submits that:

1. The defendant plead guilty to the charge of uttering a forged security, in violation of 18 U.S.C. § 513(a), before this Court on January 17, 2008, and has not yet completed the necessary administrative processing by law enforcement, which would include booking, fingerprinting, and photographing. The defendant was not detained pending her sentencing date, which has been set for May 7, 2008 at 12:00 p.m.

2. The undersigned government counsel has spoken with the attorney for the defendant, Danielle Jahn, Esq., and she represented that the defendant does not oppose this

motion. In addition, the parties have coordinated and propose the date of May 7, 2008, at 8:00 a.m. for such routine processing to take place.

      3.      Defense counsel has requested that the administrative processing of the defendant occur on the same day as the scheduled sentencing date to accommodate the defendant's work schedule, and the assigned detective in this case has informed undersigned government counsel that the necessary administrative processing can be completed prior to the scheduled sentencing time, to avoid any interference with that sentencing time.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY

                        _____/s/_____

By:   OPHER SHWEIKI
       Assistant United States Attorney
       Bar No. 458776
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-8822
       Opher.Shweiki@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-341 (EGS) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 513(a) |
| | : | (Securities of the States and Private |
| | : | Entities) |
| ANGELICA GUIZADO | : | |
| Defendant. | : | |

ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Angelica Guizado, on May 7, 2008, at 8:00 a.m., be accompanied by Detective Richard Espinosa of the Metropolitan Police Department to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE