UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 07-341 (EGS) |
| : | |
| ANGELICA GUIZADO, : | |
| : | |
| Defendant. : | |
| : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Ms. Angelica Guizado, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for May 7, 2008 at noon. In support of this motion, counsel states:

On January 17, 2008, Ms. Guizado appeared before this Court and pled guilty to a one count information charging her with Uttering a Forged Security, in violation of 18 U.S.C. § 513(a). After the plea was accepted by this Court, Ms. Guizado was released on her personal recognizance with the condition that she report weekly by phone to Pretrial Services. To date, Ms. Guizado has been compliant with the conditions of her pretrial release.

On February 15, 2008, Ms. Guizado was interviewed by an officer with the U.S. Probation Office in accordance with the preparation of the Pre-Sentence Report in this case. On April 2, 2008, the initial draft of the Pre-Sentence Report was disclosed to the parties. At the time of disclosure, undersigned counsel was out of the country and had a colleague review the Pre-Sentence Report and consult with Ms. Guizado. A response to the initial Pre-Sentence Report with objections and comments was sent to the Probation Office on April 17, 2008. Some of the objections made to the Pre-Sentence Report relate to the financial status of Ms. Guizado

which may have a direct impact on how much money she has the ability to pay with regard to restitution in this case. As of the time of this filing, a final Pre-Sentence Report has not been received by the parties. Undersigned counsel has learned that the Probation Officer who wrote this report is out of the office at this time and is likely to return back to work on Thursday, May 1, 2008.

In preparation of the upcoming sentencing in this case, government counsel has been in contact with the victim in this case - Universal Settlements. The victim has had several questions with regard to the means and manner in which restitution will paid by Ms. Guizado to Universal Settlements. In light of the fact that a final Pre-Sentence Report has not been received by the parties, counsel is unable to adequately respond to the victim's inquiries regarding Ms. Guizado's financial status.

Therefore, the parties request that the sentencing in this case be continued for approximately forty-five days in order to determine the exact financial situation of Ms. Guizado and whether or not she is able to make any lump sum payments to the victim which will have a direct impact on the allocution made by the parties at sentencing.

Further, the government, per Assistant United States Attorney Opher Shweiki, does not oppose this request. Both parties are available for sentencing any time on June 17, June 18, or June 19, 2008.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

        Respectfully submitted,
        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Dani Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, DC  20004
        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 07-341 (EGS)** |
| : | |
| **ANGELICA GUIZADO,** : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing in this matter is rescheduled for _____, 2008 at \_\_:\_\_ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2008.

 

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE