UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>Angelica Guizado, )<br>)<br>Defendant. ) | Criminal No. 07-341 (EGS) |

### ORDER

Upon unopposed motion of the Government, and for good cause shown, it is **ORDERED**:

That defendant, Angelica Guizado, on May 7, 2008, at 8:00 a.m., be accompanied by Detective Richard Espinosa of the Metropolitan Police Department to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**April 30, 2008**